THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP MANGANO, Appellant.

(Argued October 23, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Supreme Court, rendered November 23, 1909, at a Trial Term for the county of New York, upon a verdict convicting the defendant of the crime of murder in the first degree.

*George H. Taylor, Jr., Francis S. McAvoy* and *Samuel Feldman* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.

---

MAGDALENA E. HOSKIN et al., Respondents, *v.* THE LONG ISLAND LOAN AND TRUST COMPANY, Appellant.

*Hoskin* v. *Long Island Loan & Trust Co.*, 139 App. Div. 258, affirmed.
(Argued October 23, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 28, 1910, in favor of plaintiffs upon the submission of a controversy under section 1279 of the Code of Civil Procedure as to the proper interpretation of an instrument establishing a trust fund.

*George S. Ingraham* for appellant.

*Charles J. Ryan* and *John R. Kuhn* for respondents.

Judgment affirmed, with costs, on opinion of BURR, J., below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.